United States District Court
Southern District of Texas
**ENTERED**
July 11, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:22–cr–00312 |
| § | |
| Mariano Cadenas–Cornejo § | |

## ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Arraignment and Detention Hearing
July 13, 2022 at 02:00 PM
by video

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 11, 2022

_____
Peter Bray
United States Magistrate Judge